# United States Court of Appeals for the Federal Circuit

July 7, 2008

ERRATA

**Appeal No. 2007-1276**

INTERNATIONAL TECHNOLOGY CORPORATION v. Donald C. Winter, SECRETARY OF THE NAVY

Decided:  April 18, 2008                                     Precedential Opinion

On Page 15, lines 17-19, delete the sentence "Two samples reported in Table A-8 of the Feasibility Study were designated as 'CL,' i.e., they were composed of a majority of clay."  In place of the deleted text, substitute the following:

> The same was true of samples described as "CH."  See Exhibit 155, at 3. Some samples described in Tables A-3 and A-4 of the Feasibility Study were designated "CH."